## The Benefits of Consenting

- Faster case resolution
- Firm early trial dates
- Avoiding duplication of effort associated with the standard pretrial referral and report & recommendation process
- Magistrate judges enable the federal courts to manage increasing caseloads with limited resources, particularly in situations where there is a shortage of district judges.
- The consent process facilitates the "just, speedy, and inexpensive determination" of civil cases.  See Fed. R. Civ. P. 1.

## How to Consent

Complete and file the *Notice And Consent To Proceed Before A Magistrate Judge* form. If all parties in the case consent, the presiding district judge will issue an order referring the case to a magistrate judge. It's as simple, and efficient, as that.



## Consent to a United States Magistrate Judge

In accordance with 28 U.S.C. § 636(c), a United States magistrate judge of this court is available to conduct all proceedings in civil actions (including a jury or nonjury trial) and to order the entry of a final judgment.

The judgment may then be appealed directly to the United States Court of Appeals for the Seventh Circuit, like any judgment issued by a district judge.

A magistrate judge may exercise this authority **only if all parties voluntarily consent**. You may consent to have your case referred to a magistrate judge, or you may withhold your consent without substantive adverse consequences.

*For more information contact*:
Michelle Eddings, Spf. Div. Mgr.
217-492-4020
michelle_eddings@ilcd.uscourts.gov

U.S. Magistrate Judge Tom Schanzle-Haskins has been on the federal bench since March of 2014.  Before his appointment to the federal bench, Judge Schanzle-Haskins was a partner with the Springfield, Illinois, law firm of Brown, Hay & Stephens, LLP (est. 1828), Illinois' oldest law firm, and served as a member of the firm's Management Committee.  Before moving to Brown, Hay & Stephens, LLP in 2003, he practiced with the Springfield law firm of Giffin, Winning, Cohen & Bodewes, P.C., and served as President of the firm. His private practice involved civil litigation in state and federal court and criminal defense in federal court with numerous trials in both state and federal courts. Judge Schanzle-Haskins is a member of the Illinois State Bar Association and has served multiple terms as an elected member of the Illinois State Bar Association Assembly.  He is a permanent member of the Lincoln-Douglas Chapter of the American Inns of Court.  He is also a member of the American Bar Association, the Sangamon County Bar Association, and the Bar Association of the Central and Southern Federal Districts of Illinois.  Judge Schanzle-Haskins graduated from Southern Illinois University and received his Juris Doctorate as a member of the charter class of the Southern Illinois University School of Law.