# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| **Public Interest Legal Foundation Inc,** )<br>)<br>**Plaintiff,** )<br>)<br>Vs. )<br>)<br>**BERNADETTE MATTHEWS, in her** )<br>**official capacity as Executive** )<br>**Director of the Illinois State Board** )<br>**of Elections, KYLE THOMAS, in** )<br>**his official capacity as Director of** )<br>**Voting Systems and Registration,** )<br>**CHERYL HOBSON, in her official** )<br>**capacity as Deputy Director of** )<br>**Voting and Registration, and the** )<br>**ILLINOIS STATE BOARD OF** )<br>**ELECTIONS,** )<br>)<br>**Defendants.** ) | Case Number:   20-3190 |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT.**   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT.**   This action came before the Court and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendants SHALL implement policies and procedures which make available to the public, and photocopying at a reasonable cost, the statewide voter registration list, allowing for redaction of telephone numbers, Social Security Numbers, street numbers of home addresses, birthdates, identifiable portions of email addresses, and other highly sensitive personal information.   Defendants are further ORDERED, pursuant to 52 U.S.C. §20510(c), to pay the Foundation its attorneys' fees, costs, and expenses.

**Dated: March 9, 2022**

Approved:   s/ Sue E. Myerscough
Sue E. Myerscough

s/ Shig Yasunaga
Shig Yasunaga,
Clerk, U.S. District Court