**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT SPRINGFIELD, ILLINOIS**

| | |
|---|---|
| **PUBLIC INTEREST LEGAL FOUNDATION, INC.** | |
| *Plaintiff,* | |
| *v.* | |
| **BERNADETTE MATTHEWS**, in her official capacity as Executive Director of the Illinois State Board of Elections, **KYLE THOMAS,** in his official capacity as Director of Voting Systems and Registration, **CHERYL HOBSON** in her official capacity as Deputy Director of Voting and Registration, and the **ILLINOIS STATE BOARD OF ELECTIONS**. | Case No. 20-CV-3190-SEM-TSH |
| *Defendants.* | |

**Declaration of Kaylan L. Phillips**

I, Kaylan L. Phillips, make the following declaration pursuant to 28 U.S.C. § 1746:

1.      I am an attorney at the Public Interest Legal Foundation (the "Foundation"). The Foundation is a 501(c)(3) public interest law firm based in Indianapolis, Indiana that served as plaintiff and counsel in this action. The Foundation specializes exclusively in elections and voting issues and its lawyers have extensive experience litigating cases under the law that governed this action: the National Voter Registration Act of 1993 ("NVRA"), 52 U.S.C. §§ 20501 *et seq*.

2.      I and other Foundation lawyers provided services on behalf of the Foundation in this action. As lead counsel, I performed or directed most of the work on this case. I am thus familiar with the work performed by other Foundation lawyers at all stages of the litigation.

3.      This declaration is submitted in support of the Foundation's Motion for Attorney's Fees, Costs, and Expenses and attests to the accuracy and necessity of the fees, costs, and expenses incurred by the Foundation in the successful prosecution of this action.

4.     I am currently Litigation Counsel for the Foundation. I graduated from The University of Tulsa College of Law in 2008, after which I joined The Bopp Law Firm, where I specialized in campaign finance and constitutional law. In that role, I litigated cases to protect constitutional rights in federal and state courts throughout the country. I joined the Foundation in 2012. I specialize in litigation, education, and research related to elections and voting. I am a member of the bar in Oklahoma, Indiana, and the District of Columbia. I am also a member of the bar of the United States Supreme Court, the United States Court of Appeals for the Second, Fourth, Fifth, Eighth, Ninth, Eleventh, and District of Columbia Circuits, as well as many United States District Courts. In addition to this action, I have served as counsel in numerous cases to enforce the NVRA, including the public records provision upon which this case is based:

*American Civil Rights Union v. Rodriguez*, No. 7:16-cv-103 (S.D. Tex., filed March 4, 2016).

*Voter Integrity Project NC, Inc. v. Wake County Board of Elections*, No. 5:16-cv-00683 (E.D. N.C., filed July 18, 2016).

*Public Interest Legal Foundation v. North Carolina State Board of Elections*, No. 5:19-cv-248 (E.D.N.C., filed June 17, 2019).

*Public Interest Legal Foundation v. Bellows*, No. 1:20-cv-61 (D. Me., filed Feb. 19, 2020).

*Public Interest Legal Foundation v. Benson*, No. 1:21-cv-00929 (W.D. Mich., filed Nov. 3, 2021).

*Public Interest Legal Foundation v. Evans*, No. 1:21-cv-03180 (D.D.C., filed Dec. 6, 2021).

*Public Interest Legal Foundation v. Griswold*, No. 1:21-cv-03384 (D. Co., filed Dec. 16, 2021).

*Public Interest Legal Foundation v. Meyer*, No. 1:22-cv-00001 (D. Ak., filed Jan. 20, 2022).

I was also counsel for the plaintiff in *Bellitto v. Snipes*, No. 0:16-cv-61474 (S.D. Fla., filed June 27, 2016), which, to the Foundation's knowledge, involved the first ever trial over the voter list maintenance obligations of the NVRA. I have also authored or co-authored *amicus curiae* briefs in election law litigation throughout the country. My work has been published by media outlets such as The Hill, Fox News, SCOTUSBlog, and The Daily Signal. I have also provided written

and oral testimony before the U.S. House of Representatives regarding election and voting issues. *See* Testimony of Kaylan L. Phillips before the United State House Committee on Oversight and Reform, Subcommittee on Civil Rights and Civil Liberties, May 1, 2019, *available at* https://publicinterestlegal.org/pilf-files/House-Oversight-Committee-Testimony-of-Kaylan-Phillips-May-1-2019.pdf. The Foundation is seeking reimbursement at a rate of $350 per hour for my time.

5.      J. Christian Adams is the Foundation's President and General Counsel. Mr. Adams received his Juris Doctorate from the University of South Carolina School of Law in 1993. He is a member of the bar in both Virginia and South Carolina. He is also a member of the bar of the United States Supreme Court and the United States District Court for the Eastern District of Virginia. He was appointed by the President of the United States to the Presidential Advisory Commission on Election Integrity.  He was also appointed by the President of the United States to be a Commissioner on the United States Commission on Civil Rights and is currently serving a term that continues until 2025. Prior to joining the Foundation, Mr. Adams served in the Voting Section of the Civil Rights Division of the United States Department of Justice. He received the Department's Special Commendation for Outstanding Service on October 23, 2008, for work on voting rights cases. After leaving the Justice Department, Mr. Adams has confined his practice to election law and civil rights matters. Prior to joining the Foundation, Mr. Adams managed his own firm, Election Law Center, PLLC, where he served as counsel in multiple election law cases, including federal court actions brought on behalf of the Presidential campaigns of three different candidates for President of the United States. In the aforementioned roles, Mr. Adams has been involved in numerous cases and matters concerning election law, voting rights, and Constitutional issues surrounding elections. A sampling is provided below. Additionally, Mr. Adams has

appeared on panels before the National Association of Secretaries of State and the National Conference of State Legislatures to speak about election law matters. He has addressed the student bodies by invitation of (at least) 62 law schools about the Voting Rights Act, Constitutional voting rights or similar civil rights matters, including law schools at Columbia University, Cornell, William and Mary, Wake Forest University, University of Michigan, University of Virginia, Duke University, Boston College, University of Nebraska, Boston University, University of Chicago, the University of Southern California as well as 50 other law schools. He has appeared at academic symposiums on the Voting Rights Act. He has presented programs on the Voting Rights Act for the National Advocacy Center of the United States Department of Justice to all United States Attorney District Election Officials and designed FBI election agents in charge in preparation for federal elections. For the last several years, Mr. Adams has regularly taught a class on 15th Amendment and the Voting Rights Act at the Antonin Scalia Law School at George Mason University in Virginia as a guest lecturer in the election law class.

**<u>Selected Representations</u>**

*United States v. Ike Brown*, 494 F.Supp.2d 440 (S.D. Miss. 2007).

*United States v. Ike Brown,* 561 F.3d 420 (5th Cir. 2009) (work on successful appeal of USDC).

*United States v. Georgetown County School District, et al*, (D.S.C., Case No: 2:08-889).

*United States v. Town of Lake Park* (S.D.Fl., Case No. 9-80505).

*United States v. Alabama, et al.* (M.D. Ala., Case No. 2:08-920).

*United States v. Vermont, et al.,* (D. Vermont, Case No. 2:08-217)

*United States v. Post Independent School District*, (N.D. Tex, Case No. 5:07-146).

*United States v. City of Segraves ISD*, (N.D. Tex., Case No. 5:07-147).

*United States v. Smyer ISD*, (N.D. Tex., Case No. 5:07-148).

*United States v. City of Earth*, (N.D. Tex., Case No. 5:07-144).

*United States v. Littlefield ISD,* (N.D. Tex., Case No. 5:07-145).

*Bartlett v. Strickland*, 556 U.S. 1 (2009)

*Perry v. Judd*, (E.D.Va., Civ. Case No. 3:11-856) (represented three campaigns for President in 14th Amendment challenge to Virginia ballot access laws).

*United States v. State of Texas*, (S.D. Tex., Case No. 2:13-193).

*True the Vote v. Stewart*, (D. Col., Case No. 1:13-3369).

*True the Vote v. Wintz*, (D. Col., Case No. 1:13-3368).

*Judicial Watch v. King*, (S.D. Indiana, Case No. 12-800).

*Judicial Watch, et al v. Husted,* (S.D. Ohio, Case No. 2:12-792).

*True the Vote v. Walker*, (S.D. Fl., Case No. 2:13-14046).

*ACRU v. Walthall County Election Commission*, (S.D. Miss., Case No. 2:13-86).

*ACRU v. Jefferson Davis County Election Commission*, (S.D. Miss., Case No. 2:13-87).

*ACRU v. Clarke County Election* Commission, (S.D. Miss., Case No. 2:15-101).

*ACRU v. Noxubee County Election* Commission, (S.D. Miss., Case No 3:15-815).

*ACRU v. McDonald*, (W.D. Tex., Case No. 2:14-12).

*ACRU v. Rivera*, (W.D. Tex., Case No. 2:14-26).

*ACRU v. Election Administrator Montalvo*, (S.D. Tex., Case No. 7:16-103).

*Public Interest Legal Foundation v. Haake*, (E.D. Va., Case No. 3:16-836).

*Public Interest Legal Foundation v. Reed*, (E.D. Va., Case No. 1:16-1375).

*Voter Integrity Project v. Wake County Board of Elections*, (E.D.N.C., Case No. 5:16-683).

*ACRU v. Snipes*, (S.D. Fl., Case No. 16-61474).

*League of Women Voters v. Newby*, (D.C.D.C., Case No. 16-236).

*Davis* v. *Guam*, 785 F. 3d 1311 (9th Cir. 2015).

*Davis v. Guam*, 932 F. 3d 822 (9th Cir. 2019).


**Selected Amicus**

*Evenwel v. Abbott*, 136 S. Ct. 1120 (2016).

*Crowmwell v. Kobach*, (D. Kansas, Case No. 2:15-9300).

*League of Women Voters, et al. v. Ritche* (Minn. 2012; Case No. 12-920).

*Democratic Party of Virginia v. Virginia State Board of Elections* (E.D. Va., Case No. 1:13-1218).

*Lee v. Virginia State Board of Elections*, (E.D. Va., Case No. 3:15-357).


**Selected Publications**

"Transformation: Turning Section 2 of the Voting Rights Act into Something It Is Not," Touro Law Review: Vol. 31: No. 2, Article 8.

Assisted research, "They're Making a Federal Case Out of It, in State Court," 25 Harv. J.L. & Pub. Pol'y 143 (Fall 2001).

State Action on Voter Identification: A National Survey, The Federalist Society, June 2013.

The Foundation is seeking reimbursement at a rate of $525 per hour for Mr. Adams's time.

6.      Maureen S. Riordan joined the Foundation in February 2021. Ms. Riordan graduated from St. Mary's University School of Law in San Antonio, Texas in 1985. After graduation, Ms. Riordan was employed as an Assistant District Attorney in Nassau County New York. During her 15-year tenure as an Assistant District Attorney, Ms. Riordan was responsible for criminal prosecutions from inception through trial and sentencing; was a member of the prestigious Major Offense Bureau responsible for Homicide prosecutions and Chief of the Special Victims Bureau. From 2000-2021, Ms. Riordan was employed by the Department of Justice, Civil Rights Division, Voting Section as a trial attorney. In this capacity, Ms. Riordan was responsible for the investigation and litigation of violations of several voting rights statutes, including, the Voting Rights Act, Civil Rights Act, the National Voter Registration Act (NVRA), the Uniformed and Oversees Citizens Absentee Voting Rights Act (UOCAVA) and the Help America Vote Act (HAVA). Ms. Riordan served as Special Counsel to the Attorney General for Civil Rights in both 2017 and 2020, and has been the recipient of several meritorious awards during her time in the Division. The Foundation is seeking reimbursement at a rate of $525 per hour for Ms. Riordan's time.

7.      Noel Johnson is currently litigation counsel for the Foundation. Mr. Johnson graduated *cum laude* from Marquette University Law School in 2010, after which he joined The Bopp Law Firm, where he specialized in campaign finance and constitutional law. In that role, Mr. Johnson litigated cases to protect the constitutional rights of individuals, associations, corporations, and political groups in federal and state courts throughout the country. Mr. Johnson joined the Foundation in 2012. Mr. Johnson specializes in litigation, education, and research

6

related to elections and voting. In addition to this action, Mr. Johnson has served as counsel in numerous cases to enforce the NVRA, including the public records provision upon which this case is based. Those cases include:

*American Civil Rights Union v. Clarke County, Mississippi Election Commission*, No. 2:14-cv-101 (S.D. Miss, filed July 27, 2015).

*American Civil Rights Union v. Rodriguez*, No. 7:16-cv-103 (S.D. Tex., filed March 4, 2016).

*Virginia Voters Alliance, Inc. v. Leider*, Civ. No. 16-395 (E.D. Va., filed April 7, 2016).

*Public Interest Legal Foundation v. Reed*, No. 1:16-cv-1375 (E.D. Va., filed Oct. 31, 2016).

*Public Interest Legal Foundation v. Haake*, No. 3:16-836 (E.D. Va., filed Oct. 31, 2016).

*Public Interest Legal Foundation v. Bennett*, No. 4:17-cv-00981 (S.D. Tex., filed March 29, 2018).

*Public Interest Legal Foundation v. Boockvar*, No. 1:19-cv-622 (M.D. Pa., filed April 10, 2019).

*Public Interest Legal Foundation v. Bell*, No. 5:19-cv-248 (E.D.N.C., filed June 17, 2019).

*Public Interest Legal Foundation v. Lamone*, No. 1:19-cv-3564 (D. Md., filed Dec. 16, 2019).

*Public Interest Legal Foundation v. Bellows*, No. 1:20-cv-61 (D. Me., filed Feb. 19, 2020).

*Public Interest Legal Foundation v. Voye*, No. 2:20-cv-279 (W.D. Pa., filed Feb. 24, 2020).

*Public Interest Legal Foundation v. Benson*, No. 1:21-cv-00929 (W.D. Mich., filed Nov. 3, 2021).

*Public Interest Legal Foundation v. Evans*, No. 1:21-cv-03180 (D.D.C., filed Dec. 6, 2021).

*Public Interest Legal Foundation v. Griswold*, No. 1:21-cv-03384 (D. Co., filed Dec. 16, 2021).

*Public Interest Legal Foundation v. Meyer*, No. 1:22-cv-00001 (D. Ak., filed Jan. 20, 2022).

*Public Interest Legal Foundation v. Ardoin*, No. 3:22-cv-00081 (D. La., filed Feb. 4, 2022).

Mr. Johnson's work has also been published in law journals, *e.g.*, *Resurrecting Retrogression: Will Section 2 of the Voting Rights Act Revive Preclearance Nationwide?*, 12 Duke J. Const. L. & Pub. Pol'y 1, 6 (2017), and by media outlets, such as the Washington Examiner, The Hill, and National Review. Mr. Johnson has also provided written and oral testimony before governmental bodies regarding election and voting issues. *E.g.*, Testimony of Noel H. Johnson before the House State Government Committee on Noncitizen Registration and Voting in the Commonwealth, October

7

25, 2017, *available at* https://publicinterestlegal.org/pilf-files/Johnson-Oct-17-Testimony.pdf. Mr.

Johnson regularly contributes to Foundation reports concerning elections, voting, and related

issues. *See* https://publicinterestlegal.org/category/reports/. He is a member of the bar of the State

of Wisconsin and the United States District Court for the Eastern District of Wisconsin, and he is

admitted to practice in the United States Courts of Appeal for the Fourth, Eighth, Ninth, Tenth,

and District of Columbia Circuits. The Foundation is seeking reimbursement at a rate of $350 per

hour for Mr. Johnson's time.

8.      Charlotte Davis is currently litigation counsel for the Foundation. Ms. Davis is a

graduate of Vanderbilt University (B.S.) and John Hopkins University (M.A.). She graduated from

the University of North Carolina School of Law (J.D.) in 2015. She previously worked at the

Tennessee Attorney General's Office in the Civil Rights and Claims Division. There, Ms. Davis

represented the State of Tennessee and its employees in cases involving civil rights issues,

handling First, Fourth, Eighth, and Fourteenth Amendment claims. A sampling of those cases are:

> *Joseph Brennan v. Tony Mays, et al.*, Case No. 3:19-cv-00948 (TN M.D.)
>
> *Memphis Ctr. for Repr. Health, et al. v. Herbert Slatery, et al.*, Case No. 3:20-cv-00501 (TN M.D.)
>
> *Donald Middlebrooks v. Tony Parker, et al.*, Case No. 3:19-cv-01139 (TN M.D.)
>
> *Oscar Smith, et al. v. Tony Parker, et al.*, Case No. 3:19-cv-01138 (TN M.D.)
>
> *Planned Parenthood of Tenn., et al., v. Herbert Slatery,* et al., Case No. 3:20-cv-00740 (TN M.D.)
>
> *Abu Ali-Abdur-rahman, et al. v. Tony Parker, et al.* , Case No. 18-183-II(III) (Davidson County Chancery Court, Tennessee)
>
> *Jacob Davis v. Herbert Slatery, et al.*, Case No. 15-0857-III(I) (Davidson County Chancery Court, Tennessee) and M2017-02301-COA-R3-CV (TN Court of Appeals)

She litigated these cases to trial and handled most appeals. She joined the Foundation in 2021.

Because of her extensive motion and trial practice, Ms. Davis specializes in litigation. She is a

member of the bar of the State of Tennessee and is admitted to practice in all United States District

Courts in Tennessee, the United States Courts of Appeal for the Sixth Circuit, and the United States Supreme Court. The Foundation is seeking reimbursement at a rate of $350 per hour for Ms. Davis' time.

9.     Sue Becker formerly served as litigation counsel for the Foundation. Ms. Becker graduated from the University of Missouri-Kansas City School of Law in 2012, where she was Executive Editor of Law Review and a member of the Phi Delta Phi honors fraternity. During law school, she was a judicial clerk intern at the United States District Court for the Western District of Missouri for Chief Judge Fernando Gaitan. After graduating, Ms. Becker began a three-year clerkship at the Missouri Court of Appeals Western District for Judge Gary Witt. In 2015, Ms. Becker joined Paul LLP, a boutique trial practice in Kansas City where she litigated class actions, banking cases, medical malpractice, and mass tort actions. In 2017, Ms. Becker was appointed to serve as Senior Counsel to the Kansas Secretary of State, where she litigated matters involving elections and constitutional law for the State of Kansas. In that role, Ms. Becker co-chaired a federal trial over a challenge to state election law. Ms. Becker has served as counsel of record in *Fish v. Kobach*, No. 16-cv-2105 (D. Kan. 2018, filed Feb. 2, 2016) and *Public Interest Legal Foundation v. Voye*, No. 2:20-cv-279 (W.D. Pa., filed Feb. 24, 2020). Ms. Becker has authored and co-authored *amicus* briefs filed in election law litigation throughout the country. Her work has been published in national media outlets as well. Ms. Becker is admitted to practice law in the State of Missouri and in several federal district and appellate courts. The Foundation is seeking reimbursement at a rate of $350 per hour for Ms. Becker's time.

10.     As part of the Foundation's normal business practice, Foundation attorneys tracked the time they worked on this matter contemporaneously. Foundation attorneys also contemporaneously recorded descriptions of the services or tasks performed. These records were

made and kept by the attorney with personal knowledge of the entries. Each entry was made at or about the date the work was performed.

11.     A chart compiling the time incurred by Foundation attorneys and the description of their work is attached as Exhibit 1 to this declaration (the "Foundation Billing Statement"). The Foundation Billing Statement truly and accurately reflects the time-keeping records of the Foundation attorneys who performed worked on behalf of the Foundation in this action.

12.     I have reviewed and am familiar with the relevant time-keeping records. The services described in the Foundation Billing Statement were reasonably and necessarily performed in pursuit of the Foundation's claims on the merits and in pursuit of attorney's fees, costs, and expenses under the fee-shifting provision of the NVRA.

13.     The time incurred for each task performed is accurately listed in the Foundation Billing Statement under the column-heading "Gross Hours." The service or task performed is accurately described in the Foundation Billing Statement under the column-heading "Comment."

14.     In the reasonable exercise of billing judgment, the Foundation is not seeking reimbursement for certain billing entries. These reductions were made for time spent on certain tasks that were deemed excessive, duplicative, redundant, inefficient, not directly related to the case, not sufficiently detailed, or which in the exercise of my reasonable billing judgment, the Foundation has agreed not to seek recovery for one reason or another.

15.     Where billing judgments were made, the "Gross Hours" incurred by the Foundation were adjusted, resulting in the "Adjusted Hours," which reflect any reduction and provide the amount of time for which recovery is sought.

16.     In an exercise of billing judgment, the Foundation has excluded the hours its attorneys spent attempting to settle this matter in 2021 and attempting to settle the matter of fees

10

following this Court's Judgment. It also reduced time spent preparing its summary judgment reply, along with other matters.

17.     In total the Foundation has excluded 30.30 hours from its request, which results in a reduction of $11,007.50, from total amount of fees incurred.

18.     The Foundation also incurred expenses in the prosecution of this case. Those expenses are truly and accurately listed in Exhibit 2 to this declaration. It is the Foundation's normal practice to track and bill for each of these expenses separately and each of the expenses for which reimbursement is sought was reasonably and necessarily incurred in the successful prosecution of the Foundation's case. The total amount of costs and expenses incurred by the Foundation is $1,815.25.

19.     In addition, the Foundation retained the services of Ms. Christine Svenson. Ms. Svenson's time and expenses are discussed in the Declaration of Christine Svenson filed along with this motion. The total amount Ms. Svenson billed to the Foundation is $10,767.50, $400 of which are costs and $10,367.50 of which are Ms. Svenson's fees.

20.     The total amount requested to date as compensation for the successful prosecution of this action and in pursuit of fees, costs, and expenses is $106,942.75. The Foundation plans to submit documentation for the remaining work on this Motion with its Supplemental Motion which, pursuant to this Court's Order dated April 20, 2022, is due April 28, 2022.


I affirm under penalty of perjury that the foregoing is true and correct. Executed on this 21st day of April, 2022.


                                        /s/ Kaylan L. Phillips
                                        Kaylan L. Phillips

| Date | Attorney | Comment | Gross Hours | Adjusted Hours* | Rate | Gross Billing Amount | Adjusted Billing Amount |
|---|---|---|---|---|---|---|---|
| 2/20/2020 | Sue Becker | Prepare NVRA notice letter to defendants and send via certified mail. | 8.00 | 8.00 | $ 350.00 | $2,800.00 | $2,800.00 |
| 6/9/2020 | Christian Adams | Review of Illinois NVRA requests and responses. Review of statute. Analysis of litigation possibili | 3.5 | 3.5 | $525.00 | $1,837.50 | $1,837.50 |
| 7/17/2020 | Christian Adams | Review Illinois NVRA compliance.  Review draft complaint. Review all correspondence and records rel | 5.5 | 5.5 | $525.00 | $2,887.50 | $2,887.50 |
| 7/20/2020 | Sue Becker | Research re filing complaint for voter roll; obtain and review other complaints against defendants; obtain and review other motions to dismiss filed by defendants. | 8.00 | 8.00 | $ 350.00 | $2,800.00 | $2,800.00 |
| 9/27/2020 | Christian Adams | Discussion with counsel about time extension. | 0.2 | 0.2 | $525.00 | $105.00 | $105.00 |
| 9/27/2020 | Sue Becker | Research and draft response to defendants' motion for extension of time. | 8.00 | 3.00 | $ 350.00 | $2,800.00 | $1,050.00 |
| 9/28/2020 | Sue Becker | Finalize response to defendants' motion for extension of time to answer and file. | 1.00 | 1.00 | $ 350.00 | $350.00 | $350.00 |
| 10/5/2020 | Sue Becker | File consent to magistrate. | 0.50 | 0.50 | $ 350.00 | $175.00 | $175.00 |
| 10/6/2020 | Christian Adams | Review of motion to dismiss filed by defendant. Review of answer filed by defendants. Review of mem | 1.2 | 1.2 | $525.00 | $630.00 | $630.00 |
| 10/15/2020 | Sue Becker | Work on brief in opposition to defendants' motion to dismiss. | 9.00 | 9.00 | $ 350.00 | $3,150.00 | $3,150.00 |
| 10/18/2020 | Sue Becker | Work on opposition to defendants' motion to dismiss. | 4.00 | 4.00 | $ 350.00 | $1,400.00 | $1,400.00 |
| 10/19/2020 | Sue Becker | Finalize and file response in opposition to defendants' motion to dismiss. | 5.00 | 5.00 | $ 350.00 | $1,750.00 | $1,750.00 |
| 1/13/2021 | Sue Becker | Rule 26 conference with opposing counsel. | 0.50 | 0.50 | $ 350.00 | $175.00 | $175.00 |
| 1/21/2021 | Sue Becker | Finalize and file a joint proposed scheduling order. | 2.00 | 2.00 | $ 350.00 | $700.00 | $700.00 |
| 1/25/2021 | Sue Becker | Attend scheduling conference with the court. | 0.50 | 0.50 | $ 350.00 | $175.00 | $175.00 |
| 1/26/2021 | Christian Adams | Hearing questions. | 0.2 | 0.2 | $525.00 | $105.00 | $105.00 |
| 2/7/2021 | Christian Adams | Review of Rule 26 disclosures. | 0.5 | 0.5 | $525.00 | $262.50 | $262.50 |
| 2/8/2021 | Sue Becker | Prepare and finalize plaintiff's Initial Disclosure. | 6.00 | 6.00 | $ 350.00 | $2,100.00 | $2,100.00 |
| 2/9/2021 | Sue Becker | Review defendants' initial disclosure; work on discovery to serve on defendants. | 8.00 | 8.00 | $ 350.00 | $2,800.00 | $2,800.00 |

Exhibit 1 to Phillips Declaration

| Date | Attorney | Comment | Gross Hours | Adjusted Hours* | Rate | Gross Billing Amount | Adjusted Billing Amount |
|---|---|---|---|---|---|---|---|
| 2/10/2021 | Sue Becker | Draft Requests for Admissions to serve on defendants. | 6.00 | 6.00 | $ 350.00 | $2,100.00 | $2,100.00 |
| 2/11/2021 | Sue Becker | Edit, finalize and serve discovery on defendants. | 7.00 | 7.00 | $ 350.00 | $2,450.00 | $2,450.00 |
| 3/3/2021 | Sue Becker | Draft, finalize and serve notices of depositions of defendants Nicholson, Hobson, and Thomas. | 8.00 | 8.00 | $ 350.00 | $2,800.00 | $2,800.00 |
| 3/5/2021 | Kaylan Phillips | IL case - catch up on case status. Phone calls re: same. Work on and file application for admission. | 2.50 | 2.00 | $ 350.00 | $875.00 | $700.00 |
| 3/8/2021 | Kaylan Phillips | Catch up on Illinois case. Emails re: depo schedule. | 0.70 | 0.70 | $ 350.00 | $245.00 | $245.00 |
| 3/9/2021 | Kaylan Phillips | Catch up on Illinois case. Emails re: depo schedule. | 0.20 | 0.20 | $ 350.00 | $70.00 | $70.00 |
| 3/10/2021 | Kaylan Phillips | Catch up on Illinois case. Emails re: depo schedule. | 0.10 | 0.00 | $ 350.00 | $35.00 | $0.00 |
| 3/11/2021 | Kaylan Phillips | Conferences re: admission. Sign and return oath. set up phone conference. | 1.20 | 0.00 | $ 350.00 | $420.00 | $0.00 |
| 3/11/2021 | Kaylan Phillips | Review docket and local rules. | 0.80 | 0.80 | $ 350.00 | $280.00 | $280.00 |
| 3/12/2021 | Kaylan Phillips | Review docket and local rules. Set schedule. | 2.50 | 2.50 | $ 350.00 | $875.00 | $875.00 |
| 3/15/2021 | Kaylan Phillips | Admission | 0.50 | 0.00 | $ 350.00 | $175.00 | $0.00 |
| 3/15/2021 | Kaylan Phillips | Review docket and local rules. Set schedule. | 0.10 | 0.00 | $ 350.00 | $35.00 | $0.00 |
| 3/16/2021 | Kaylan Phillips | Review docket and local rules. Set schedule. | 0.50 | 0.50 | $ 350.00 | $175.00 | $175.00 |
| 3/17/2021 | Maureen Riordan | Completing application for waiver into Central District of Illinois | 2.00 | 0.00 | $525.00 | $1,050.00 | $0.00 |
| 3/18/2021 | Kaylan Phillips | Emails re: depositions. Update notices and send. | 3.00 | 3.00 | $ 350.00 | $1,050.00 | $1,050.00 |
| 3/19/2021 | Kaylan Phillips | Prepare for depositions. C with opposing counsel | 1.90 | 1.90 | $ 350.00 | $665.00 | $665.00 |
| 3/22/2021 | Kaylan Phillips | Prepare for depositions. C with opposing counsel | 6.50 | 6.50 | $ 350.00 | $2,275.00 | $2,275.00 |
| 3/23/2021 | Kaylan Phillips | Deposition of Mr. Thomas | 1.00 | 1.00 | $ 350.00 | $350.00 | $350.00 |
| 3/23/2021 | Kaylan Phillips | Deposition of Ms. Hobson | 2.00 | 2.00 | $ 350.00 | $700.00 | $700.00 |
| 3/23/2021 | Kaylan Phillips | Prepare for depositions. | 3.50 | 3.50 | $ 350.00 | $1,225.00 | $1,225.00 |
| 3/24/2021 | Kaylan Phillips | Discovery prep. C with co-counsel. Emails with opposing counsel re: depositions | 3.30 | 3.30 | $ 350.00 | $1,155.00 | $1,155.00 |
| 3/29/2021 | Kaylan Phillips | Discovery prep.  Emails with opposing counsel re: depositions | 4.00 | 2.00 | $ 350.00 | $1,400.00 | $700.00 |

Exhibit 1 to Phillips Declaration

| Date | Attorney | Comment | Gross Hours | Adjusted Hours* | Rate | Gross Billing Amount | Adjusted Billing Amount |
|------|----------|---------|-------------|-----------------|------|----------------------|-------------------------|
| 4/5/2021 | Kaylan Phillips | Work on discovery responses | 6.10 | 6.10 | $ 350.00 | $2,135.00 | $2,135.00 |
| 4/5/2021 | Kaylan Phillips | Discovery prep. Emails re: signatures needed. | 0.70 | 0.70 | $ 350.00 | $245.00 | $245.00 |
| 4/6/2021 | Kaylan Phillips | Work on response to request for production | 1.50 | 1.50 | $ 350.00 | $525.00 | $525.00 |
| 4/6/2021 | Kaylan Phillips | News articles re: defendant Sandvoss on administrative leave. Emails re: same. | 0.30 | 0.30 | $ 350.00 | $105.00 | $105.00 |
| 4/6/2021 | Kaylan Phillips | Work on discovery responses | 2.00 | 2.00 | $ 350.00 | $700.00 | $700.00 |
| 4/6/2021 | Kaylan Phillips | Emails re: discovery review | 0.50 | 0.50 | $ 350.00 | | |
| 4/6/2021 | Maureen Riordan | Review of Kaylan's Response for Doc Production and' Interrogatories | 1.00 | 1.00 | $525.00 | $525.00 | $525.00 |
| 4/7/2021 | Kaylan Phillips | C with SLP re: review and verification. Finalize and serve documents. | 1.50 | 1.50 | $ 350.00 | $525.00 | $525.00 |
| 4/7/2021 | Kaylan Phillips | Final review and proof of discovery responses | 2.00 | 2.00 | $ 350.00 | $700.00 | $700.00 |
| 4/7/2021 | Kaylan Phillips | Work on discovery responses | 1.50 | 1.50 | $ 350.00 | $525.00 | $525.00 |
| 4/7/2021 | Kaylan Phillips | Emails re: discovery review | 0.10 | 0.10 | $ 350.00 | $35.00 | $35.00 |
| 4/7/2021 | Maureen Riordan | Additional Review of Response for Document Production | 0.30 | 0.30 | $525.00 | $157.50 | $157.50 |
| 4/8/2021 | Kaylan Phillips | Email with opposing counsel re: depo | 0.10 | 0.10 | $ 350.00 | $35.00 | $35.00 |
| 4/9/2021 | Kaylan Phillips | Email with opposing counsel re: depo | 0.30 | 0.30 | $ 350.00 | $105.00 | $105.00 |
| 4/9/2021 | Maureen Riordan | Swearing in to Central District of Illinois | 0.30 | 0.00 | $525.00 | $157.50 | $0.00 |
| 4/13/2021 | Kaylan Phillips | Call with opposing counsel re: depo | 0.20 | 0.20 | $ 350.00 | $70.00 | $70.00 |
| 5/20/2021 | Kaylan Phillips | Emails re: 30(b)(6) deposition. | 0.20 | 0.20 | $ 350.00 | $70.00 | $70.00 |
| 5/24/2021 | Kaylan Phillips | 30(b)(6) deposition notice. Prepare and serve. Work on motion for extension of schedule due to deposition. | 1.50 | 1.50 | $ 350.00 | $525.00 | $525.00 |
| 5/25/2021 | Kaylan Phillips | C with opposing counsel re: next steps | 0.10 | 0.10 | $ 350.00 | $35.00 | $35.00 |
| 5/26/2021 | Kaylan Phillips | C with opposing counsel re: next steps. Finalize motion. Prepare for filing and file. | 0.80 | 0.80 | $ 350.00 | $280.00 | $280.00 |
| 5/27/2021 | Kaylan Phillips | Prepare for hearing tomorrow. | 0.10 | 0.10 | $ 350.00 | $35.00 | $35.00 |
| 5/28/2021 | Kaylan Phillips | Prepare for and attend court hearing | 0.50 | 0.50 | $ 350.00 | $175.00 | $175.00 |
| 6/3/2021 | Kaylan Phillips | Prepare for deposition | 2.00 | 2.00 | $ 350.00 | $700.00 | $700.00 |
| 6/3/2021 | Kaylan Phillips | Review decision in N.D. Ill. denying MTD.  C with colleagues re: same. | 0.50 | 0.50 | $ 350.00 | $175.00 | $175.00 |
| 6/4/2021 | Kaylan Phillips | Deposition | 1.40 | 1.40 | $ 350.00 | $490.00 | $490.00 |
| 6/4/2021 | Kaylan Phillips | Prepare for deposition | 2.10 | 2.10 | $ 350.00 | $735.00 | $735.00 |
| 6/8/2021 | Kaylan Phillips | Work on notice of supplemental authority. Finalize and file. | 0.70 | 0.70 | $ 350.00 | $245.00 | $245.00 |

Exhibit 1 to Phillips Declaration

| Date | Attorney | Comment | Gross Hours | Adjusted Hours* | Rate | Gross Billing Amount | Adjusted Billing Amount |
|------|----------|---------|-------------|-----------------|------|----------------------|-------------------------|
| 6/29/2021 | Kaylan Phillips | Work on summary judgment motion. Review local rules. | 1.50 | 1.50 | $ 350.00 | $525.00 | $525.00 |
| 6/30/2021 | Kaylan Phillips | Work on summary judgment motion. Review local rules. | 0.10 | 0.10 | $ 350.00 | $35.00 | $35.00 |
| 7/7/2021 | Kaylan Phillips | C with LC re: research needed. | 0.20 | 0.00 | $ 350.00 | $70.00 | $0.00 |
| 7/8/2021 | Kaylan Phillips | Work on summary judgment motion and memo. Emails re: same. | 1.50 | 1.50 | $ 350.00 | $525.00 | $525.00 |
| 7/8/2021 | Noel Johnson | Research re: summary judgment memo exemplars | 0.40 | 0.40 | $ 350.00 | $140.00 | $140.00 |
| 7/9/2021 | Kaylan Phillips | Work on summary judgment motion and memo. Emails re: same. | 1.00 | 1.00 | $ 350.00 | $350.00 | $350.00 |
| 7/10/2021 | Kaylan Phillips | Work on motion and memo | 0.80 | 0.80 | $ 350.00 | $280.00 | $280.00 |
| 7/12/2021 | Kaylan Phillips | Emails with opposing counsel and team | 0.30 | 0.30 | $ 350.00 | $105.00 | $105.00 |
| 7/12/2021 | Kaylan Phillips | Work on SJ motion | 2.00 | 2.00 | $ 350.00 | $700.00 | $700.00 |
| 7/13/2021 | Kaylan Phillips | Work on summary judgment motion | 4.20 | 4.20 | $ 350.00 | $1,470.00 | $1,470.00 |
| 7/13/2021 | Kaylan Phillips | C with opposing counsel. ECF notice re: motion for extension | 0.80 | 0.80 | $ 350.00 | $280.00 | $280.00 |
| 7/14/2021 | Christian Adams | Review of summary judgment motion. Review of discovery responses by defendant. Review of exhibits. | 2.7 | 2.7 | $525.00 | $1,417.50 | $1,417.50 |
| 7/14/2021 | Kaylan Phillips | Work on summary judgment motion - undisputed facts section - Hobson deposition | 0.90 | 0.90 | $ 350.00 | $315.00 | $315.00 |
| 7/14/2021 | Kaylan Phillips | Work on summary judgment motion - undisputed facts section - Thomas deposition | 0.80 | 0.80 | $ 350.00 | $280.00 | $280.00 |
| 7/14/2021 | Kaylan Phillips | Work on summary judgment motion - undisputed facts section - 30(b)(6) deposition | 0.50 | 0.50 | $ 350.00 | $175.00 | $175.00 |
| 7/14/2021 | Kaylan Phillips | Work on summary judgment motion - undisputed facts section | 3.50 | 3.50 | $ 350.00 | $1,225.00 | $1,225.00 |
| 7/14/2021 | Kaylan Phillips | Work on summary judgment motion - argument section re: Illinois Conservative Union case | 1.00 | 1.00 | $ 350.00 | $350.00 | $350.00 |
| 7/14/2021 | Kaylan Phillips | Work on summary judgment motion - preemption section | 2.00 | 2.00 | $ 350.00 | $700.00 | $700.00 |
| 7/15/2021 | Kaylan Phillips | Finalize brief, prepare exhibits. | 1.20 | 1.20 | $ 350.00 | $420.00 | $420.00 |
| 7/15/2021 | Kaylan Phillips | File and print courtesy copies for mailing | 0.50 | 0.00 | $ 350.00 | $175.00 | $0.00 |
| 7/15/2021 | Kaylan Phillips | Review JCA's edits and incorporate changes | 1.00 | 1.00 | $ 350.00 | $350.00 | $350.00 |
| 7/15/2021 | Kaylan Phillips | Proof read brief and citations. | 5.00 | 5.00 | $ 350.00 | $1,750.00 | $1,750.00 |
| 7/15/2021 | Kaylan Phillips | Review Noel's edits and incorporate changes | 1.50 | 1.50 | $ 350.00 | $525.00 | $525.00 |

Exhibit 1 to Phillips Declaration

| Date | Attorney | Comment | Gross Hours | Adjusted Hours* | Rate | Gross Billing Amount | Adjusted Billing Amount |
|------|----------|---------|-------------|-----------------|------|----------------------|-------------------------|
| 7/15/2021 | Kaylan Phillips | Work on summary judgment motion - review filings in Illinois Conservative case | 0.70 | 0.70 | $ 350.00 | $245.00 | $245.00 |
| 7/15/2021 | Noel Johnson | Complete tables for summary judgment memo | 0.80 | 0.00 | $ 350.00 | $280.00 | $0.00 |
| 7/15/2021 | Noel Johnson | Proof/edit final draft summary judgment memo | 1.90 | 1.90 | $ 350.00 | $665.00 | $665.00 |
| 7/16/2021 | Kaylan Phillips | Prepare courtesy copies for mailing | 0.50 | 0.00 | $ 350.00 | $175.00 | $0.00 |
| 8/6/2021 | Kaylan Phillips | C with opposing counsel re: extension of time to file SJ motion | 0.20 | 0.20 | $ 350.00 | $70.00 | $70.00 |
| 8/9/2021 | Kaylan Phillips | Review motion for extension. Review local rules re: responses deadlines. C with NHJ re: strategy for updating court. | 2.00 | 2.00 | $ 350.00 | $700.00 | $700.00 |
| 8/11/2021 | Kaylan Phillips | Work on notice re SJ. Implement edits. Prepare for filing and file. | 1.50 | 1.50 | $ 350.00 | $525.00 | $525.00 |
| 8/11/2021 | Kaylan Phillips | Work on response to motion for extension. Circulate. | 1.50 | 1.50 | $ 350.00 | $525.00 | $525.00 |
| 8/11/2021 | Noel Johnson | Review/proof response to motion for extension; research re: same | 0.20 | 0.20 | $ 350.00 | $70.00 | $70.00 |
| 8/11/2021 | Noel Johnson | Review/proof notice re: summary judgment; email | 0.10 | 0.10 | $ 350.00 | $35.00 | $35.00 |
| 8/12/2021 | Kaylan Phillips | Work on response to motion for extension. Implement edits. Prepare for filing and file. | 1.00 | 1.00 | $ 350.00 | $350.00 | $350.00 |
| 8/13/2021 | Kaylan Phillips | ECF notices | 0.50 | 0.50 | $ 350.00 | | |
| 8/20/2021 | Kaylan Phillips | Emails and phone calls re: extension request. Review what was filed. | 2.00 | 2.00 | $ 350.00 | $700.00 | $700.00 |
| 8/24/2021 | Noel Johnson | Research for response to motion for extension re: response to summary judgment motion | 0.20 | 0.20 | $ 350.00 | $70.00 | $70.00 |
| 8/31/2021 | Kaylan Phillips | Work on response to motion to extend | 2.00 | 2.00 | $ 350.00 | $700.00 | $700.00 |
| 9/1/2021 | Kaylan Phillips | Review edits on response to motion to extend. Implement. Prepare for filing. File. | 2.50 | 2.50 | $ 350.00 | $875.00 | $875.00 |
| 9/1/2021 | Noel Johnson | Proof/edit response to third motion for extension; email | 0.30 | 0.30 | $ 350.00 | $105.00 | $105.00 |
| 9/3/2021 | Kaylan Phillips | Order re: voter roll | 0.10 | 0.10 | $ 350.00 | $35.00 | $35.00 |
| 9/20/2021 | Kaylan Phillips | ECF notice re: SJ motion. Save and briefly review. | 0.70 | 0.70 | $ 350.00 | $245.00 | $245.00 |
| 9/21/2021 | Christian Adams | Review of defendants dispositive motion and memo. | 0.6 | 0.6 | $525.00 | $315.00 | $315.00 |
| 9/21/2021 | Kaylan Phillips | Work on reply. C with opposing counsel | 0.70 | 0.70 | $ 350.00 | $245.00 | $245.00 |

Exhibit 1 to Phillips Declaration

| Date | Attorney | Comment | Gross Hours | Adjusted Hours* | Rate | Gross Billing Amount | Adjusted Billing Amount |
|------|----------|---------|-------------|-----------------|------|----------------------|-------------------------|
| 9/22/2021 | Kaylan Phillips | Work on reply. | 0.10 | 0.00 | $ 350.00 | $35.00 | $0.00 |
| 9/23/2021 | Kaylan Phillips | Work on reply. | 0.50 | 0.50 | $ 350.00 | $175.00 | $175.00 |
| 9/24/2021 | Kaylan Phillips | Work on reply. | 3.00 | 2.00 | $ 350.00 | $1,050.00 | $700.00 |
| 9/27/2021 | Kaylan Phillips | Work on reply. | 3.10 | 2.10 | $ 350.00 | $1,085.00 | $735.00 |
| 9/28/2021 | Kaylan Phillips | Work on reply. | 2.30 | 1.30 | $ 350.00 | $805.00 | $455.00 |
| 9/29/2021 | Kaylan Phillips | Listen to status conference re: IL conservative union case. Check docket. ECF notice from our judge re: additional briefing needed. | 1.50 | 1.50 | $ 350.00 | $525.00 | $525.00 |
| 9/29/2021 | Kaylan Phillips | Work on reply. | 3.40 | 2.40 | $ 350.00 | $1,190.00 | $840.00 |
| 9/30/2021 | Kaylan Phillips | Work on reply. | 2.10 | 1.10 | $ 350.00 | $735.00 | $385.00 |
| 10/1/2021 | Kaylan Phillips | Work on reply. | 3.50 | 1.50 | $ 350.00 | $1,225.00 | $525.00 |
| 10/1/2021 | Noel Johnson | Proof/edit summary judgment reply | 0.30 | 0.30 | $ 350.00 | $105.00 | $105.00 |
| 10/3/2021 | Christian Adams | Review of response to summary judgment. | 0.4 | 0.4 | $525.00 | $210.00 | $210.00 |
| 10/4/2021 | Kaylan Phillips | Work on reply. Prepare for filing. File. | 2.10 | 1.10 | $ 350.00 | $735.00 | $385.00 |
| 10/4/2021 | Noel Johnson | PC with KLP re: supplemental brief re: 11th Amendment | 0.20 | 0.20 | $ 350.00 | $70.00 | $70.00 |
| 10/5/2021 | Kaylan Phillips | Work on Response | 1.50 | 1.50 | $ 350.00 | $525.00 | $525.00 |
| 10/6/2021 | Kaylan Phillips | Work on Response | 3.00 | 3.00 | $ 350.00 | $1,050.00 | $1,050.00 |
| 10/7/2021 | Kaylan Phillips | Work on Response | 2.20 | 2.20 | $ 350.00 | $770.00 | $770.00 |
| 10/8/2021 | Kaylan Phillips | Work on Response | 2.50 | 2.50 | $ 350.00 | $875.00 | $875.00 |
| 10/10/2021 | Kaylan Phillips | Work on response | 3.00 | 3.00 | $ 350.00 | $1,050.00 | $1,050.00 |
| 10/11/2021 | Christian Adams | Discussion and review of memo regarding immunity. | 0.9 | 0.9 | $525.00 | $472.50 | $472.50 |
| 10/11/2021 | Kaylan Phillips | Work on response | 3.00 | 3.00 | $ 350.00 | $1,050.00 | $1,050.00 |
| 10/12/2021 | Kaylan Phillips | Finalize response. Prepare for filing. File. | 0.80 | 0.80 | $ 350.00 | $280.00 | $280.00 |
| 10/12/2021 | Kaylan Phillips | Work on supplemental brief. C with colleagues re: same. | 2.80 | 2.80 | $ 350.00 | $980.00 | $980.00 |
| 10/12/2021 | Kaylan Phillips | Work on response | 2.10 | 2.10 | $ 350.00 | $735.00 | $735.00 |
| 10/12/2021 | Noel Johnson | Review Defs. summary judgment memo; review Foundation final draft summary judgment response; research; revise same | 3.10 | 3.10 | $ 350.00 | $1,085.00 | $1,085.00 |
| 10/13/2021 | Kaylan Phillips | Work on supplemental brief. .Finalize and file. Receive and review Defendants' brief | 1.00 | 1.00 | $ 350.00 | $350.00 | $350.00 |
| 10/14/2021 | Kaylan Phillips | Email with local counsel re: SJ and upcoming deadlines | 0.20 | 0.20 | $ 350.00 | $70.00 | $70.00 |
| 10/14/2021 | Kaylan Phillips | Work on settlement demand. C with SLP re: costs. | 0.20 | 0.00 | $ 350.00 | $70.00 | $0.00 |

Exhibit 1 to Phillips Declaration

| Date | Attorney | Comment | Gross Hours | Adjusted Hours* | Rate | Gross Billing Amount | Adjusted Billing Amount |
|---|---|---|---|---|---|---|---|
| 10/15/2021 | Kaylan Phillips | Work on settlement demand. Research prevailing market rate. Draft email. | 2.50 | 0.00 | $ 350.00 | $875.00 | $0.00 |
| 10/20/2021 | Kaylan Phillips | Finalize and send settlement demand to opposing counsel | 0.30 | 0.00 | $ 350.00 | $105.00 | $0.00 |
| 11/1/2021 | Kaylan Phillips | Email with opposing counsel re: settlement | 0.10 | 0.00 | $ 350.00 | $35.00 | $0.00 |
| 11/2/2021 | Kaylan Phillips | Email with opposing counsel re: settlement | 0.10 | 0.00 | $ 350.00 | $35.00 | $0.00 |
| 11/3/2021 | Kaylan Phillips | Call to opposing counsel re: settlement | 0.20 | 0.00 | $ 350.00 | $70.00 | $0.00 |
| 11/4/2021 | Kaylan Phillips | Work on pretrial needs | 0.10 | 0.10 | $ 350.00 | $35.00 | $35.00 |
| 11/5/2021 | Kaylan Phillips | Work on pretrial needs. Email to opposing counsel re: settlement | 0.50 | 0.40 | $ 350.00 | $175.00 | $140.00 |
| 11/8/2021 | Kaylan Phillips | Work on pretrial needs | 1.00 | 1.00 | $ 350.00 | $350.00 | $350.00 |
| 11/9/2021 | Kaylan Phillips | Work on pretrial needs | 1.00 | 0.00 | $ 350.00 | $350.00 | $0.00 |
| 11/10/2021 | Charlotte Davis | research on how to get admitted to Central District of IL and how to get letter in good standing | 0.10 | 0.00 | $350.00 | $35.00 | $0.00 |
| 11/10/2021 | Charlotte Davis | Phone call strategy session on what to be doing now to prepare for trial | 0.50 | 0.00 | $ 350.00 | $175.00 | $0.00 |
| 11/10/2021 | Kaylan Phillips | Work on pretrial needs. C with CD re: same. Calls to opposing counsel re: settlement offer and mediation request. Emails re: same. | 3.80 | 2.50 | $ 350.00 | $1,330.00 | $875.00 |
| 3/4/2022 | Christian Adams | Discussion of filing of supplemental authority from Maine. | 0.2 | 0.2 | $525.00 | $105.00 | $105.00 |
| 3/7/2022 | Kaylan Phillips | Supplemental authority re: Maine. Prepare for filing. FIle. | 1.50 | 1.50 | $ 350.00 | $525.00 | $525.00 |
| 3/7/2022 | Noel Johnson | Proof supplemental authority notice for PILF v. Bellows | 0.10 | 0.10 | $ 350.00 | $35.00 | $35.00 |
| 3/7/2022 | Noel Johnson | Proof supplemental authority notice for PILF v. Bellows | 0.1 | 0.1 | $350.00 | $35.00 | $35.00 |
| 3/7/2022 | Kaylan Phillips | Supplemental authority re: Maine. Prepare for filing. FIle. | 1.50 | 1.50 | $ 350.00 | $525.00 | $525.00 |
| 3/8/2022 | Kaylan Phillips | Grant of SJ. Review same. Emails re: same. | 1.50 | 1.50 | $ 350.00 | $525.00 | $525.00 |
| 3/9/2022 | Kaylan Phillips | Work on fee petition | 0.70 | 0.70 | $ 350.00 | $245.00 | $245.00 |
| 3/10/2022 | Kaylan Phillips | Work on fee petition. Calculate costs | 2.50 | 2.50 | $ 350.00 | $875.00 | $875.00 |
| 3/11/2022 | Kaylan Phillips | Work on fee petition. Email to opposing counsel re: same. | 1.00 | 0.50 | $ 350.00 | $350.00 | $175.00 |
| 3/18/2022 | Kaylan Phillips | Work on fee petition - gather records for fees and expenses | 0.20 | 0.20 | $ 350.00 | $70.00 | $70.00 |

Exhibit 1 to Phillips Declaration

| Date | Attorney | Comment | Gross Hours | Adjusted Hours* | Rate | Gross Billing Amount | Adjusted Billing Amount |
|------|----------|---------|-------------|-----------------|------|---------------------|------------------------|
| 3/18/2022 | Kaylan Phillips | Work on fee petition - review local and federal rules | 0.20 | 0.20 | $ 350.00 | $70.00 | $70.00 |
| 3/18/2022 | Kaylan Phillips | Work on fee petition - draft and file motion for extension of time | 0.60 | 0.00 | $ 350.00 | $210.00 | $0.00 |
| 3/21/2022 | Kaylan Phillips | Work on fee petition - gather records for fees and expenses | 1.00 | 1.00 | $ 350.00 | $350.00 | $350.00 |
| 3/21/2022 | Kaylan Phillips | Work on fee petition - prevailing market rate | 1.20 | 1.20 | $ 350.00 | $420.00 | $420.00 |
| 3/21/2022 | Kaylan Phillips | Work on fee petition - hourly rates | 1.30 | 1.30 | $ 350.00 | $455.00 | $455.00 |
| 3/22/2022 | Kaylan Phillips | Work on fee petition - gather records for fees and expenses | 0.20 | 0.20 | $ 350.00 | $70.00 | $70.00 |
| 3/22/2022 | Kaylan Phillips | Work on fee petition - my affidavit | 0.70 | 0.70 | $ 350.00 | $245.00 | $245.00 |
| 3/22/2022 | Kaylan Phillips | Work on fee petition - prevailing market rate. Reach out to potential declarants. | 1.50 | 1.50 | $ 350.00 | $525.00 | $525.00 |
| 3/23/2022 | Kaylan Phillips | Work on fee petition - my affidavit | 0.70 | 0.70 | $ 350.00 | $245.00 | $245.00 |
| 3/23/2022 | Kaylan Phillips | Work on fee petition - prevailing market rate. Reach out to potential declarants. | 2.20 | 2.20 | $ 350.00 | $770.00 | $770.00 |
| 3/24/2022 | Kaylan Phillips | Work on fee petition - my affidavit | 0.70 | 0.70 | $ 350.00 | $245.00 | $245.00 |
| 3/28/2022 | Kaylan Phillips | Draft letter to opposing counsel re: offer | 1.00 | 0.00 | $ 350.00 | $350.00 | $0.00 |
| 4/11/2022 | Kaylan Phillips | Work on fee petition. Email with potential expert. | 0.20 | 0.20 | $ 350.00 | $70.00 | $70.00 |
| 4/12/2022 | Kaylan Phillips | Work on fee petition. Email with potential expert. | 0.10 | 0.10 | $ 350.00 | $35.00 | $35.00 |
| 4/15/2022 | Kaylan Phillips | Email with local attorney re: prevailing market rate. Receive affidavit re: same. | 0.20 | 0.20 | $ 350.00 | $70.00 | $70.00 |
| 4/19/2022 | Kaylan Phillips | Fee petition - Work on compiling invoices and creating spreadsheets of costs and expenses | 0.30 | 0.30 | $ 350.00 | $105.00 | $105.00 |
| 4/19/2022 | Kaylan Phillips | Fee petition - work on memo | 0.30 | 0.30 | $ 350.00 | $105.00 | $105.00 |
| 4/19/2022 | Kaylan Phillips | Fee petition - work on my affidavit. | 0.10 | 0.10 | $ 350.00 | $35.00 | $35.00 |
| 4/19/2022 | Kaylan Phillips | Work on fee petition - research re: lodestar | 0.90 | 0.90 | $ 350.00 | $315.00 | $315.00 |
| | | TOTALS | 292.30 | 262.00 | | $105,367.50 | $94,360.00 |
| | Hours reduced: | 30.30 | | | | | |
| | Value of reductions: | $11,007.50 | | | | | |

Exhibit 1 to Phillips Declaration

| Date | Number | Name | Comment | Amount |
|---|---|---|---|---|
| 03/15/2021 | | Kaylan Phillips | KLP bar admission | $238.00 |
| 05/10/2021 | 1147701 | Lexitas | Kyle Thomas transcript Job# 2021-790023 | $211.00 |
| 05/10/2021 | 1147693 | Lexitas | Cheryl Hobson r Job# 2021-785445 | $21.25 |
| 06/25/2021 | 1174686 | Lexitas | Kyle Thomas Job# 2021-795165 | $464.00 |
| 03/22/2021 | | Lexitas | Deposit | $650.00 |
| 08/18/2020 | | pay.gov | SLB admission | $231.00 |
| | | | **TOTALS** | **$1,815.25** |

Exhibit 2 to Phillips Declaration

AO 133   (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

for the

Central District of Illinois

| | | |
|---|---|---|
| Public Interest Legal Foundation | ) | |
| | ) | |
| v. | ) | Case No.: 20-CV-3190-SEM-TSH |
| Bernadette Matthews, et al. | ) | |
| | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on ___03/10/2022___ against ___Defendants___ ,
Date

the Clerk is requested to tax the following as costs:

| | | |
|---|---|---|
| Fees of the Clerk . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $ | 400.00 |
| Fees for service of summons and subpoena . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case . . . . . . | | 1,346.25 |
| Fees and disbursements for printing . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Fees for witnesses *(itemize on page two)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Docket fees under 28 U.S.C. 1923 . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Costs as shown on Mandate of Court of Appeals . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of court-appointed experts . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 . . . . . | | |
| Other costs *(please itemize)* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | | |
| TOTAL | $ | 1,746.25 |

*SPECIAL NOTE:*  Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

[✓]  Electronic service          [ ]  First class mail, postage prepaid

[ ]  Other: _____

s/ Attorney:    ___Kaylan Phillips___

Name of Attorney:  ___Kaylan Phillips___

For: ___Public Interest Legal Foundation___          Date:   ___04/21/2022___
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____          By: _____          _____
*Clerk of Court*                              *Deputy Clerk*                              *Date*

Exhibit 2 to Phillips Declaration

AO 133  (Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)** | | | | | | | |
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | **TOTAL** | | $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2),  the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Exhibit 2 to Phillips Declaration



# Invoice

**Invoice No:** 1147693

**Invoice Date:** 4/28/2021
**Payment Terms:** Net 30

**Bill To:**
Kaylan Phillips
Public Interest Legal Foundation
32 East Washington Street, Suite 1675
Indianapolis Indiana 46204
United States

**Case Name:**
Public Interest Legal Foundation, Inc. vs. Sandvoss |
20cv-03190-SEM-TSH

**Header:**

| Job # | Witness Name | Job Date | Location | Claim No. | Case Number | Matter Number |
|-------|--------------|----------|----------|-----------|-------------|---------------|
| 2021-785445 | Cheryl Hobson | 3/23/2021 | | | 20cv-03190-SEM-TSH | |

| Item | Quantity | Amount |
|------|----------|--------|
| Original Certified Transcript - Standard Delivery | 70 | $280.00 |
| LegalView/Webex Web Conference | 1 | $50.00 |
| Electronic Transcript | 1 | $35.00 |
| Attendance (2-Hour Minimum) | 3.5 | $306.25 |

**Memo:**

**Sold To:**
Kaylan Phillips
Public Interest Legal Foundation
32 East Washington Street, Suite 1675
Indianapolis Indiana 46204
United States

**Please remit payments to:**
Lexitas
PO Box 734298
Dept 2007
Dallas, TX 75373-4298

**To pay this invoice by credit card:**
1) Visit **https://lexitaslegal.com/bill-pay**
2) Enter Job# 2021-785445

| | |
|---|---|
| **Subtotal:** | $671.25 |
| **Tax(0%):** | $0.00 |
| **Total:** | $671.25 |
| **Payments and Credits:** | $650.00 |

Exhibit 2 to Phillips Declaration

**TAX ID 46-4363191** **Amount Due** $21.25 **Questions/Inquiries:** **Email:** Billing@lexitaslegal.com **Phone Number:** 877-653-6736



# Invoice

**Invoice No:** 1147701

**Invoice Date:** 4/28/2021
**Payment Terms:** Net 30

**Bill To:**
Kaylan Phillips
Public Interest Legal Foundation
32 East Washington Street, Suite 1675
Indianapolis Indiana 46204
United States

**Case Name:**
Public Interest Legal Foundation, Inc. vs. Sandvoss |
20cv-03190-SEM-TSH

| Job # | Witness Name | Job Date | Location | Claim No. | Case Number | Matter Number |
|-------|--------------|----------|----------|-----------|-------------|---------------|
| 2021-790023 | Kyle Thomas | 3/23/2021 | | | 20cv-03190-SEM-TSH | |

**Header:**

| Item | Quantity | Amount |
|------|----------|--------|
| Original Certified Transcript - Standard Delivery | 44 | $176.00 |
| Electronic Transcript | 1 | $35.00 |

**Memo:**

**Sold To:**
Kaylan Phillips
Public Interest Legal Foundation
32 East Washington Street, Suite 1675
Indianapolis Indiana 46204
United States

**Please remit payments to:**
Lexitas
PO Box 734298
Dept 2007
Dallas, TX 75373-4298

**To pay this invoice by credit card:**
1) Visit **https://lexitaslegal.com/bill-pay**
2) Enter Job# 2021-790023

| | |
|---|---|
| **Subtotal:** | $211.00 |
| **Tax(0%):** | $0.00 |
| **Total:** | $211.00 |
| **Payments and Credits:** | $0.00 |

1 of 1

Exhibit 2 to Phillips Declaration

**TAX ID 46-4363191** **Amount Due** $211.00 **Questions/Inquiries:Email:** Billing@lexitaslegal.com **Phone Number:** 877-653-6736



# Invoice

**Invoice No:** 1174686

**Invoice Date:** 6/22/2021
**Payment Terms:** Net 30

**Bill To:**
Kaylan Phillips
Public Interest Legal Foundation
32 East Washington Street, Suite 1675
Indianapolis Indiana 46204
United States

**Case Name:**
Public Interest Legal Foundation, Inc. vs. Sandvoss

**Header:** Charge for Preparation of Original Transcript for:

| Job # | Witness Name | Job Date | Location | Claim No. | Case Number | Matter Number |
|---|---|---|---|---|---|---|
| 2021-795165 | Kyle Thomas | 6/04/2021 | | | 20cv-03190-SEM-TSH | |

| Item | Quantity | Amount |
|---|---|---|
| Attendance (2-Hour Minimum) | 2 | $175.00 |
| LegalView/Webex Web Conference | 1 | $50.00 |
| Original Certified Transcript - Standard Delivery | 51 | $204.00 |
| Electronic Transcript | 1 | $35.00 |

**Memo:**

**Sold To:**
Kaylan Phillips
Public Interest Legal Foundation
32 East Washington Street, Suite 1675
Indianapolis Indiana 46204
United States

**Please remit payments to:**
Lexitas
PO Box 734298
Dept 2007
Dallas, TX 75373-4298

**To pay this invoice by credit card:**
1) Visit **https://lexitaslegal.com/bill-pay**
2) Enter Job# 2021-795165

**TAX ID 46-4363191**

| | |
|---|---|
| **Subtotal:** | $464.00 |
| **Tax(0%):** | $0.00 |
| **Total:** | $464.00 |
| **Payments and Credits:** | $0.00 |
| **Amount Due** | $464.00 |

**Questions/Inquiries:**
**Email:** Billing@lexitaslegal.com
**Phone Number:** 877-653-6736

1 of 1

Exhibit 2 to Phillips Declaration



# Statement

| Transaction Date | 5/4/2021 |
| --- | --- |
| Amount Due | 5/4/2021 |
| Amount Encl. | |

**Bill To**
Kaylan Phillips
Public Interest Legal Foundation
32 East Washington Street, Suite 1675
Indianapolis Indiana 46204
United States

| | Amount Due |
| --- | --- |
| | $232.25 |

| Date | Description | Case Name | Billing Account | Billing Contact | Charge | Payment | Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 1/1/2016 | Balance Forward | | | | | | $0.00 |
| 4/28/2021 | Invoice #1147693 | Public Interest Legal Foundation, Inc. vs. Sandvoss \| 20cv-03190-SEM-TSH | | | $671.25 | | $21.25 |
| 4/28/2021 | Invoice #1147701 | Public Interest Legal Foundation, Inc. vs. Sandvoss \| 20cv-03190-SEM-TSH | | | $211.00 | | $232.25 |

| Current | 1-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | Amount Due |
| --- | --- | --- | --- | --- | --- |
| $232.25 | $0.00 | $0.00 | $0.00 | $0.00 | $232.25 |

| Please remit payment to: | For Invoice Questions: | |
| --- | --- | --- |
| **Lexitas** | **Jacalyn Featherston** | |
| **PO Box 734298** | **Direct Line: 312-236-6936** | Total Due: $232.25 |
| **Dept 2007** | **jacalyn.featherston@lexitaslegal.com** | Thank you. |
| **Dallas, TX 75373-4298** | | |
| **TAX ID 47-2685460** | | |

Exhibit 2 to Phillips Declaration

| | |
|---|---|
| **From:** | notification@pay.gov |
| **To:** | Kaylan Phillips |
| **Subject:** | Pay.gov Payment Confirmation: ILCD Attorney Admissions |
| **Date:** | Friday, March 5, 2021 1:02:47 PM |

 An official email of the United States government

Pay.gov logo


Your payment has been submitted to Pay.gov and the details are below. If you have any questions regarding this payment, please contact Kelly Driscoll at (309) 671-5211 or Kelly_Driscoll@ilcd.uscourts.gov.

Application Name: ILCD Attorney Admissions
Pay.gov Tracking ID: 26REJ131
Agency Tracking ID: 76083231157
Transaction Type: Sale
Transaction Date: 03/05/2021 01:02:34 PM EST
Account Holder Name: Kaylan Phillips
Transaction Amount: $238.00
Card Type: MasterCard
Card Number: ************7737

THIS IS AN AUTOMATED MESSAGE. PLEASE DO NOT REPLY.

Pay.gov is a program of the U.S. Department of the Treasury, Bureau of the Fiscal Service

Exhibit 2 to Phillips Declaration