IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD, ILLINOIS

| | |
|---|---|
| **PUBLIC INTEREST LEGAL FOUNDATION, INC.**<br><br>*Plaintiff,*<br><br>v.<br><br>**STEVE SANDVOSS**, in his official capacity as Executive Director of the Illinois State Board of Elections, **KYLE THOMAS,** in his official capacity as Director of Voting Systems and Registration, **CHERYL HOBSON** in her official capacity as Deputy Director of Voting and Registration, and the **ILLINOIS STATE BOARD OF ELECTIONS**.<br><br>*Defendants.* | Case No. 20-CV-3190-SEM-TSH |

**Declaration of Christine Svenson**

I, Christine Svenson, make the following declaration pursuant to 28 U.S.C. § 1746:

1. I am an attorney and owner of Svenson Law Offices in Palatine, Illinois.

2. I provided services on behalf of the Public Interest Legal Foundation (the "Foundation") in this action.

3. This declaration is submitted in support of the Foundation's Motion for Attorney's Fees, Costs, and Expenses and attests to the accuracy and necessity of the fees, costs, and expenses incurred by the Foundation in the successful prosecution of this action.

4. I have been practicing law as a trial litigator for twenty-seven (27) years in the state of Illinois, the Northern District of Illinois since 2000, and the Central District of Illinois since 2020. I have handled cases in a variety of areas including employment, civil rights, domestic relations, and election law. In addition to the matter at bar, I have successfully litigated numerous election law cases including the following:

    (a)    *Imhoff v Collins*

1

                12 SOEB GE 502
                Tried 2012

(b)     *Verr v Reinert*
        17 SOEB GP 503
        Tried 2017-2018

(c)     *The Cook County Republican Party v. The Illinois State Board of Elections.* 232 Ill.2d 231 (2009)

(d)     8th Congressional District of Illinois race (*Walsh v Bean* 2010)

The Foundation is seeking reimbursement at a rate of $350 per hour for my time.

5. As part of my normal business practice, I tracked the time I worked on this matter contemporaneously. I also contemporaneously recorded descriptions of the services or tasks performed. Each entry was made at or about the date the work was performed.

6. An invoice outlining my time expended and descriptions of my work is attached to this declaration (the "Svenson Billing Statement"). The Svenson Billing Statement truly and accurately reflects my time-keeping records for work performed in this action.

7. I have reviewed and am familiar with the relevant time-keeping records. The services described in the Svenson Billing Statement were reasonably and necessarily performed in pursuit of the Foundation's claims on the merits and in pursuit of attorney's fees, costs, and expenses under the fee-shifting provision of the NVRA.

8. The Foundation also incurred costs in the prosecution of this case. Those costs are truly and accurately listed in the Svenson Billing Statement. Each of the expenses for which reimbursement is sought was reasonably and necessarily incurred in the successful prosecution of the Foundation's case.

9. The total amount I have billed to the Foundation for my fees in this matter is $10,767.50, which consists of $10,367.50 in fees and $400.00 in costs. The Foundation plans to

submit documentation for any remaining work performed by me on this Motion with its reply memorandum.

I affirm under penalty of perjury that the foregoing is true and correct. Executed on this 23rd day of March, 2022.

_____
Christine Svenson

Christine Svenson
Svenson Law Offices
345 N. Eric Drive
Palatine IL 60067
T: 312.467.2900
christine@svensonlawoffices.com

**Svenson Law Offices**　　　　　　　　　　　　　　　　　　　　　345 N. Eric Drive Palatine, IL 60067
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　312.467.2900

Invoice submitted to:
Public Interest Legal Foundation, Inc.
32 E. Washington Street
Indianapolis, IN 46204


March 22, 2022

In Reference To PILF, Inc. vs Sandvoss et al.


Professional Services

| Date | | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/21/2020 | ACS | Legal Services<br>Exchange of email with Christian, Sue and Terry Campo re ▓▓▓▓ | 0.40<br>350.00/hr | 140.00 |
| 7/22/2020 | ACS | Legal Services<br>Exchange of email with Sue and Terry re local counsel, filing methods | 0.30<br>350.00/hr | 105.00 |
| 7/23/2020 | ACS | Legal Services<br>Exchange of email with Sue re mechanics of filing lawsuit | 0.10<br>350.00/hr | 35.00 |
| 7/24/2020 | ACS | Legal Services<br>Telephone call with Sue re local rules, filing; exchange of email re same | 0.50<br>350.00/hr | 175.00 |
| 7/26/2020 | ACS | Legal Services<br>Receipt of multiple documents from Sue for filing | 1.50<br>350.00/hr | 525.00 |
| 7/27/2020 | ACS | Legal Services<br>Telephone call with Sue re ▓▓▓▓ perform brief legal research re same; review of all revised documents emailed by Sue; telephone call with Clerk of Central District re filing; filing of all documents with brief review of local rules; email to general counsel for ISBE re waiver of service | 2.80<br>350.00/hr | 980.00 |
| 7/28/2020 | ACS | Legal Services<br>Preparation of engagement letter and receipt and review of signed document from Christian | 0.10<br>350.00/hr | 35.00 |
| | ACS | Legal Services<br>Exchange of email with GC for ISBE re waivers of service; prepare and send waivers; Exchange of email with Sue re service and waivers | 1.00<br>350.00/hr | 350.00 |
| 7/29/2020 | ACS | Legal Services<br>Exchange of email with Sue re local rules and service to government defendants | 0.20<br>350.00/hr | 70.00 |

Public Interest Legal Foundation, Inc.                                                                                                    Page    2

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 7/30/2020 | ACS | Legal Services<br>Receipt and review of returned waivers of service; file same with Central District with Notices; email same to opposing counsel | 0.80<br>350.00/hr | 280.00 |
| 8/18/2020 | ACS | Legal Services<br>Exchange of email with Sue re our non agreement to extend time to answer | 0.10<br>350.00/hr | 35.00 |
| 8/20/2020 | ACS | Legal Services<br>Receipt and review of filed appearance from IL AG's office; Exchange of email with Sue re same | 0.20<br>350.00/hr | 70.00 |
| 8/25/2020 | ACS | Legal Services<br>Exchange of email with Sue re her admission to IL Central District | 0.10<br>350.00/hr | 35.00 |
| 9/25/2020 | ACS | Legal Services<br>Exchange of email with Sue re her admission | 0.10<br>350.00/hr | 35.00 |
|  | ACS | Legal Services<br>Telephone call with counsel for AG re their request for extension of time | 0.20<br>350.00/hr | 70.00 |
|  | ACS | Legal Services<br>Receipt and review of Sue's appearance | 0.10<br>350.00/hr | 35.00 |
| 9/28/2020 | ACS | Legal Services<br>Receipt and review of their Motion for Extension of Time | 0.40<br>350.00/hr | 140.00 |
|  | ACS | Legal Services<br>Receipt and review of Sue's reply to their Motion to Extend | 0.20<br>350.00/hr | 70.00 |
| 9/29/2020 | ACS | Legal Services<br>Receipt and review of Judge's Order; Exchange of email with Sue re same | 0.20<br>350.00/hr | 70.00 |
| 10/5/2020 | ACS | Legal Services<br>Receipt and review of their Answer and Motions to Dismiss | 1.00<br>350.00/hr | 350.00 |
| 10/6/2020 | ACS | Legal Services<br>Exchange of email with Sue re consent to magistrate | 0.20<br>350.00/hr | 70.00 |
| 10/7/2020 | ACS | Legal Services<br>Receipt and review of order re proposed consent to magistrate | 0.10<br>350.00/hr | 35.00 |
| 10/14/2020 | ACS | Legal Services<br>Exchange of email with Sue re due date | 0.10<br>350.00/hr | 35.00 |
| 10/19/2020 | ACS | Legal Services<br>Exchange of email with Sue re brief, brief review of filed briefs | 0.60<br>350.00/hr | 210.00 |

Public Interest Legal Foundation, Inc.                                                                Page    3

|  Date | Initials | Description | Hrs/Rate | Amount |
| --- | --- | --- | --- | --- |
| 11/17/2020 | ACS | Legal Services<br>Exchange of email with Sue re status; review court file and electronic docket | 0.20<br>350.00/hr | 70.00 |
| 12/17/2020 | ACS | Legal Services<br>Exchange of email with Sue re scheduling conference | 0.10<br>350.00/hr | 35.00 |
| 12/22/2020 | ACS | Legal Services<br>Receipt and review of scheduling order, and docket dates | 0.20<br>350.00/hr | 70.00 |
| 12/23/2020 | ACS | Legal Services<br>Exchange of email with Sue and opposing counsel re scheduling conference | 0.20<br>350.00/hr | 70.00 |
| 1/12/2021 | ACS | Legal Services<br>Exchange of email with Sue re tomorrow's scheduling conference | 0.10<br>350.00/hr | 35.00 |
| 1/13/2021 | ACS | Legal Services<br>Review of magistrate's order and federal and local rules; telephone call with Sue; telephone conference with opposing counsel; email with Sue re same | 0.80<br>350.00/hr | 280.00 |
| 1/19/2021 | ACS | Legal Services<br>Review of proposed scheduling order and exchange of email with counsel re same | 0.20<br>350.00/hr | 70.00 |
| 1/20/2021 | ACS | Legal Services<br>Receipt and review of email from counsel re mediation | 0.10<br>350.00/hr | 35.00 |
| 1/21/2021 | ACS | Legal Services<br>Exchange of email with counsel and Sue re proposed scheduling order changes; receipt and review of Sue's filed order | 0.30<br>350.00/hr | 105.00 |
| 1/22/2021 | ACS | Legal Services<br>Exchange of email with judge's clerk re upcoming hearing | 0.10<br>350.00/hr | 35.00 |
| 1/25/2021 | ACS | Legal Services<br>Review of file materials in preparation for status; attendance and participation in telephonic court hearing; receipt and review of notice of consent to magistrate order | 0.70<br>350.00/hr | 245.00 |
| 1/26/2021 | ACS | Legal Services<br>Receipt and review of detailed scheduling order from the Court; docket same | 0.20<br>350.00/hr | 70.00 |
| 2/4/2021 | ACS | Legal Services<br>Email to Sue re disclosures | 0.10<br>350.00/hr | 35.00 |
| 2/5/2021 | ACS | Legal Services<br>Exchange of email with Sue re disclosures | 0.20<br>350.00/hr | 70.00 |

Public Interest Legal Foundation, Inc.                                                                        Page    4

|            |     |                                                                                                          | Hrs/Rate        | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------|-----------------|--------|
| 2/8/2021   | ACS | Legal Services<br>Receipt and review of plaintiff's and defendant's filed disclosures                    | 0.40<br>350.00/hr | 140.00 |
| 2/9/2021   | ACS | Legal Services<br>Exchange of email with counsel re disclosures, depositions                             | 0.10<br>350.00/hr | 35.00  |
| 2/10/2021  | ACS | Legal Services<br>Receipt and review of notice from clerk                                                | 0.10<br>350.00/hr | 35.00  |
| 2/11/2021  | ACS | Legal Services<br>Email to opposing counsel with request to admit                                        | 0.10<br>350.00/hr | 35.00  |
| 2/17/2021  | ACS | Legal Services<br>Exchange of email with Sue re deposition dates                                         | 0.10<br>350.00/hr | 35.00  |
| 2/19/2021  | ACS | Legal Services<br>Email to counsel re Sandvoss deposition                                                | 0.10<br>350.00/hr | 35.00  |
| 2/22/2021  | ACS | Legal Services<br>Exchange of email with Sue re upcoming depositions                                     | 0.20<br>350.00/hr | 70.00  |
| 2/23/2021  | ACS | Legal Services<br>Exchange of email with counsel re upcoming deps                                        | 0.10<br>350.00/hr | 35.00  |
| 2/26/2021  | ACS | Legal Services<br>Exchange of email with Sue re my role in deps                                          | 0.10<br>350.00/hr | 35.00  |
|            | ACS | Legal Services<br>Exchange of email with Sue re further handling                                         | 0.20<br>350.00/hr | 70.00  |
| 3/1/2021   | ACS | Legal Services<br>Receipt and review of emails with discovery responses                                  | 0.20<br>350.00/hr | 70.00  |
| 3/2/2021   | ACS | Legal Services<br>Exchange of email with Sue re update, my role                                          | 0.20<br>350.00/hr | 70.00  |
| 3/3/2021   | ACS | Legal Services<br>Exchange of email with Sue and Maureen; review of local rules                          | 0.50<br>350.00/hr | 175.00 |
| 3/5/2021   | ACS | Legal Services<br>Exchange of email with Lexitas re upcoming depositions; email with Sue re same         | 0.20<br>350.00/hr | 70.00  |
| 3/8/2021   | ACS | Legal Services<br>Exchange of email with counsel re upcoming deps                                        | 0.10<br>350.00/hr | 35.00  |
| 3/10/2021  | ACS | Legal Services<br>Exchange of email with counsel re depositions, fact discovery                          | 0.20<br>350.00/hr | 70.00  |

Public Interest Legal Foundation, Inc.                                                                                           Page    5

| Date | | | Hrs/Rate | Amount |
|---|---|---|---|---|
| 3/11/2021 | ACS | Legal Services<br>Exchange of email with counsel re discovery deadlines, depos | 0.20<br>350.00/hr | 70.00 |
| 3/15/2021 | ACS | Legal Services<br>Exchange of email with counsel re discovery | 0.10<br>350.00/hr | 35.00 |
| 3/16/2021 | ACS | Legal Services<br>Exchange of email with counsel re appearances; receipt and review of notice from clerk | 0.20<br>350.00/hr | 70.00 |
| 3/18/2021 | ACS | Legal Services<br>Exchange of email with Lexitas and Kaylan re deps | 0.10<br>350.00/hr | 35.00 |
| 3/19/2021 | ACS | Legal Services<br>Exchange of multiple emails with opposing counsel, Lexitas, Kaylan re deps | 0.30<br>350.00/hr | 105.00 |
| 3/21/2021 | ACS | Legal Services<br>Receipt and review of email from Lexitas wtih confirmation | 0.10<br>350.00/hr | 35.00 |
| 3/22/2021 | ACS | Legal Services<br>Exchange of multiple emails with all counsel and Lexitas re deps | 0.40<br>350.00/hr | 140.00 |
| 3/24/2021 | ACS | Legal Services<br>Receipt and review of email from Kaylan; telephone call with her re Sandvoss dep | 0.30<br>350.00/hr | 105.00 |
| 3/25/2021 | ACS | Legal Services<br>Exchange of email with counsel re deps | 0.10<br>350.00/hr | 35.00 |
| 3/26/2021 | ACS | Legal Services<br>Receipt and review of counsel re discovery deadlines | 0.20<br>350.00/hr | 70.00 |
| 3/29/2021 | ACS | Legal Services<br>Multiple emails with counsel; telephone call with Lexitas re cancellation of Sandvoss dep | 0.40<br>350.00/hr | 140.00 |
| 3/30/2021 | ACS | Legal Services<br>Receipt and review of email from opposing counsel re 30b disclosures | 0.10<br>350.00/hr | 35.00 |
| 3/31/2021 | ACS | Legal Services<br>Receipt and review of email from Kaylan re discovery request | 0.10<br>350.00/hr | 35.00 |
| 4/5/2021 | ACS | Legal Services<br>Exchange of email with Kaylan re Sandvoss suspension, our responses and objections | 0.20<br>350.00/hr | 70.00 |
| 4/7/2021 | ACS | Legal Services<br>Receipt and brief review of our discovery responses | 0.30<br>350.00/hr | 105.00 |

Public Interest Legal Foundation, Inc.                        Page 6

|  Date | Initials | Description | Hrs/Rate | Amount |
|---|---|---|---|---|
| 4/20/2021 | ACS | Legal Services<br>Receipt and review of deposition transcripts; forward same to Kaylan | 0.20<br>350.00/hr | 70.00 |
| 5/14/2021 | ACS | Legal Services<br>Receipt and review of email re routine maintenance of court server | 0.10<br>350.00/hr | 35.00 |
| 5/24/2021 | ACS | Legal Services<br>Exchange of email with Kaylan re status | 0.20<br>350.00/hr | 70.00 |
| 5/26/2021 | ACS | Legal Services<br>Receipt and review of motion for extension of time; brief review of same | 0.10<br>350.00/hr | 35.00 |
| 5/27/2021 | ACS | Legal Services<br>Exchange of email with Kaylan; receipt and review of notice from clerk's office | 0.20<br>350.00/hr | 70.00 |
| 5/28/2021 | ACS | Legal Services<br>Receipt and review of email from Kaylan; review of court's order | 0.20<br>350.00/hr | 70.00 |
| 6/8/2021 | ACS | Legal Services<br>Receipt and review of court order re supplemental authority | 0.10<br>375.00/hr | 37.50 |
| 7/8/2021 | ACS | Legal Services<br>Exchange of email with Kaylan re SJ motion; search for sample SJ motion | 0.20<br>375.00/hr | 75.00 |
| 7/13/2021 | ACS | Legal Services<br>Receipt and review of filed agreed motion to extend dispositive motion deadline | 0.10<br>375.00/hr | 37.50 |
| 7/15/2021 | ACS | Legal Services<br>Receipt and review of filed Motion for SJ; docket deadlines for reply | 0.20<br>375.00/hr | 75.00 |
| 7/20/2021 | ACS | Legal Services<br>Receipt and review of court order granting extension of time and moving dates; docket new dates | 0.20<br>375.00/hr | 75.00 |
| 8/5/2021 | ACS | Legal Services<br>Receipt and review of second motion for extension of time to extend dispositive motion deadline | 0.10<br>375.00/hr | 37.50 |
| 8/11/2021 | ACS | Legal Services<br>Receipt and review of notice re motion for SJ | 0.10<br>375.00/hr | 37.50 |
| 8/12/2021 | ACS | Legal Services<br>Receipt and review of our response to motion for second extension of time | 0.10<br>375.00/hr | 37.50 |

Public Interest Legal Foundation, Inc.                                                              Page    7

|  |  |  | Hrs/Rate | Amount |
|---|---|---|---|---|
| 8/13/2021 | ACS | Legal Services<br>Receipt and review of court order granting extension of time; docket new date | 0.20<br>375.00/hr | 75.00 |
| 8/20/2021 | ACS | Legal Services<br>Exchange of email with counsel re third request for extension of time; Receipt and review of additional appearance and motion to correct the record | 0.40<br>375.00/hr | 150.00 |
| 9/1/2021 | ACS | Legal Services<br>Receipt and review of our responsive pleading to object to deadline extension | 0.10<br>375.00/hr | 37.50 |
| 9/3/2021 | ACS | Legal Services<br>Receipt and review of court order granting their motion; docket new dates | 0.20<br>375.00/hr | 75.00 |
| 9/20/2021 | ACS | Legal Services<br>Receipt and review of their motion for SJ; review of their memo in support thereof | 0.60<br>375.00/hr | 225.00 |
| 9/29/2021 | ACS | Legal Services<br>Receipt and review of court order referencing Northern District opinion re sovereign immunity; review that opinion | 0.70<br>375.00/hr | 262.50 |
| 10/4/2021 | ACS | Legal Services<br>Receipt and review of our filed Reply to their Motion | 0.20<br>375.00/hr | 75.00 |
| 10/12/2021 | ACS | Legal Services<br>Receipt and review of our Response to their Motion for SJ | 0.20<br>375.00/hr | 75.00 |
| 10/13/2021 | ACS | Legal Services<br>Receipt and brief review of our response to their Motion for SJ | 0.30<br>375.00/hr | 112.50 |
|  | ACS | Legal Services<br>Receipt and review of our memoranda and their memoranda filed with the Court re SJ | 0.30<br>375.00/hr | 112.50 |
| 10/14/2021 | ACS | Legal Services<br>Exchange of email with Kaylan re upcoming pretrial of November 29th | 0.10<br>375.00/hr | 37.50 |
| 10/18/2021 | ACS | Legal Services<br>Receipt and review of Order of court ordering Defendants to respond | 0.10<br>375.00/hr | 37.50 |
| 10/19/2021 | ACS | Legal Services<br>Receipt and review of order from court vacating previous day's order | 0.10<br>375.00/hr | 37.50 |
| 11/12/2021 | ACS | Legal Services<br>Receipt and review of Order from Central District re scheduling trial | 0.10<br>375.00/hr | 37.50 |

Public Interest Legal Foundation, Inc.                                                                                                  Page    8

|            |     |                                                                                                                       | Hrs/Rate         | Amount      |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------|------------------|-------------|
| 3/7/2022   | ACS | Legal Services<br>Receipt and review of notice from court re supplemental authority notice                            | 0.20<br>375.00/hr | 75.00       |
| 3/8/2022   | ACS | Legal Services<br>Receipt and review of Judge's opinion and exchange of emails with client re same                    | 1.40<br>375.00/hr | 525.00      |
| 3/10/2022  | ACS | Legal Services<br>Exchange of email with client re ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓                                                   | 0.60<br>375.00/hr | 225.00      |
| 3/18/2022  | ACS | Legal Services<br>Exchange of email with client re final billing and time; Receipt and review of motion for extension of time | 0.20<br>375.00/hr | 75.00 |
| 3/21/2022  | ACS | Legal Services<br>Exchange of email with client re ▓▓▓                                                                | 0.10<br>375.00/hr | 37.50       |
| 3/22/2022  | ACS | Legal Services<br>Exchange of email with client re ▓▓▓                                                                | 0.10<br>375.00/hr | 37.50       |
|            |     | **For professional services rendered**                                                                                | **29.10**        | **$10,367.50** |

Additional Charges :

|            |     |                                                                 | Qty/Price   | Amount   |
|------------|-----|-----------------------------------------------------------------|-------------|----------|
| 7/27/2020  | ACS | Court Costs<br>Reimbursement to Svenson Law re filing of Complaint | 1<br>400.00 | 400.00   |
|            |     | **Total additional charges**                                    |             | **$400.00** |