STATE OF ILLINOIS           )
                            ) S.S.
COUNTY OF SANGAMON          )

# AFFIDAVIT

I, Carl R. Draper, being first duly sworn on oath, state that I am an attorney licensed to practice law in the State of Illinois. I also affirm that the following matters set forth in this affidavit are based solely on my personal knowledge and are true and correct.

1. I am an attorney licensed to practice law in the State of Illinois since May 1, 1981, and licensed in the United States District Court for the Central and Southern Districts of Illinois, as well as the Seventh Circuit Court of Appeals. I have tried or appealed cases in all levels of these courts.

2. I have been engaged in the private practice of law in Sangamon County since September 1987.

3. I served as an Assistant Attorney General for the State of Illinois from September 1982 until November 1984. During that time, I served in the General Law division and was responsible for, among other things, government representation in civil rights matters, and representation of State officials, as well as litigation involving election law, administrative law, and employment law claims against public officials.

4. Since 1987, I have practiced law with a focus on civil rights and the rights of employees of the State of Illinois together with administrative law matters and other civil trial and appellate practice.

5. There are few lawyers in central Illinois practicing in the area of election law that intersect with civil rights actions against businesses or governmental agencies or officials.

6. I reviewed the issues and judgment in the case of Public Interest Legal Foundation, Inc. v. Matthews (C.D. Ill. 20-cv-3190. The legal issues and the burdens of proof for cases like this are difficult for plaintiffs and their counsel. This resulted in a substantially favorable jury verdict and judgment for plaintiff. There are a limited number of attorneys in this judicial district with the experience needed for this litigation.

7. In my opinion and based on the current market for lawyers in central Illinois, the reasonable hourly fee for an attorney possessing the experience and skills is $350 per hour or more.

Further affiant sayeth naught.

_____
Carl R. Draper

Subscribed and sworn to before me
on April 15, 2022.

_____
Notary Public

OFFICIAL SEAL
LORI A. FILIPIAK
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 02-16-2025

2