E-FILED
Thursday, 21 April, 2022 03:57:17 PM
Clerk, U.S. District Court, ILCD

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT SPRINGFIELD, ILLINOIS**

| | |
|---|---|
| **PUBLIC INTEREST LEGAL FOUNDATION, INC.** *Plaintiff,* *v.* **BERNADETTE MATTHEWS, in her official capacity as Executive Director of the Illinois State Board of Elections, KYLE THOMAS, in his official capacity as Director of Voting Systems and Registration, CHERYL HOBSON in her official capacity as Deputy Director of Voting and Registration, and the ILLINOIS STATE BOARD OF ELECTIONS.** *Defendants.* | Case No. 20-CV-3190-SEM-TSH |

**[PROPOSED] ORDER GRANTING PLAINTIFF PUBLIC INTERST LEGAL
FOUNDATION'S MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES**

Before the Court for consideration is Plaintiff Public Interest Legal Foundation's Motion for Attorney's Fees, Costs, and Expenses ("Motion"). Following a review of the briefing on the motion, the Court is of the opinion that Plaintiff's Motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Attorney's Fees, Costs, and Expenses is hereby GRANTED.

SIGNED this _____ day of _____, 2022.

_____

United States District Judge