IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT SPRINGFIELD, ILLINOIS

| | |
|---|---|
| **PUBLIC INTEREST LEGAL FOUNDATION, INC.**<br><br>*Plaintiff*,<br><br>v.<br><br>**BERNADETTE MATTHEWS**, in her official capacity as Executive Director of the Illinois State Board of Elections, **KYLE THOMAS,** in his official capacity as Director of Voting Systems and Registration, **CHERYL HOBSON** in her official capacity as Deputy Director of Voting and Registration, and the **ILLINOIS STATE BOARD OF ELECTIONS**.<br><br>*Defendants*. | Case No. 20-CV-3190-SEM-TSH |

**Plaintiff Public Interest Legal Foundation's Supplemental
Motion for Attorney's Fees, Costs, and Expenses and Memorandum of Law**

Pursuant to Local Rule 54.1 and the National Voter Registration Act ("NVRA"), 52 U.S.C. § 20510(c), the Public Interest Legal Foundation ("Foundation") hereby moves to supplement its Motion for Attorney's Fees, Costs, and Expenses (Doc. 43). This supplemental motion requests attorney's fees incurred responding to Defendants' Motion to Reconsider and Clarify (Doc. 40) and additional attorney's fees incurred preparing its Motion for Attorney's Fees, Costs, and Expenses. The Foundation also requests the opportunity to supplement its Motion further, if necessary.

**ARGUMENT**

I.  **The Foundation Is Entitled to an Award of Reasonable Attorney's Fees Incurred in Responding to Defendants' Motion to Clarify.**

On March 8, 2022, the Court granted the Foundation's motion for summary judgment, finding the "[t]he Foundation has shown that, on the undisputed material facts, Defendants acted in violation of the Public Disclosure Provision of the NVRA when Defendants refused to make

1

available for viewing and photocopying the full statewide voter registration list." (Doc. 37 at 26.) On April 4, 2022, Defendants filed a motion asking the Court to reconsider its decision or, in the alternative, clarify the actions Defendants must take to comply with the judgment. (Doc. 40.) On April 18, 2022, the Foundation filed a response to Defendants' Motion detailing the reasons why Defendants' Motion should be denied. (Doc. 41.) The Foundation also requested "the opportunity to supplement its fee motion to account for the fees expended on this Response." (Doc. 41 at 2 n.1.) On April 20, 2022, this Court issued an Opinion and Order stating that "Defendants do not raise any new issue, argument, or facts not considered by the Court in the Opinion and Order on Summary Judgment entered on March 8, 2022." (Doc. 42 at 1-2.) The Court did "allow a minor clarification as to the production of the statewide voter registration list as detailed in the Order." (Doc. 42 at 2.) The Court also granted the Foundation's request to supplement its request for attorney's fees, costs, and expenses to account for the time it incurred preparing the Response. (Doc. 42 at 8.)

As is detailed in Exhibit 1 to the Second Phillips Declaration, the Foundation is seeking reimbursement for 11.3 hours of work performed on the Response to Defendants' Motion to Clarify. The total value of this work is $3,955. *See* Exhibit 1 to Second Phillips Declaration at 7-8.

## II. The Foundation Is Entitled to Recover Attorney's Fees Associated with the Preparation of the Fee Motion and this Supplement.

The Foundation is also entitled to recover for the time it spent on the preparation of its Motion for Attorney's Fees, Costs, and Expenses. *See Kurowski v. Krajewski*, 848 F.2d 767, 777 (7th Cir. 1988). Accordingly, in addition to the time already presented in its Motion, the Foundation's counsel is seeking reimbursement for an additional 10.6 hours preparing the fee

petition and this supplement. The total value of this work is $3,780. *See* Exhibit 1 to Second Phillips Declaration at 7-8.[1]

## CONCLUSION

For the foregoing reasons, the Court should award the reasonable attorney's fees, costs, and expenses in the amount of $114,565.25.

Dated: April 28, 2022.

Respectfully submitted,

For Plaintiff Public Interest Legal Foundation:

   */s/ Kaylan L. Phillips*
Kaylan L. Phillips
Public Interest Legal Foundation
32 E. Washington Street, Ste. 1675
Indianapolis, IN 46204
(317) 203-5599
kphillips@publicinterestlegal.org

---

[1] In preparing this Supplement, the Foundation discovered a duplicate billing entry for Noel Johnson (0.1) and Kaylan Phillips (1.5) on March 7, 2022. The Foundation also exercised billing judgment as to two potentially redundant entries for Attorney Kaylan Phillips on March 23, 2022 (0.7) and March 24, 2022 (0.7). The total amount requested here reflects all adjustments.

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 28, 2022, the foregoing document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification to all counsel of record.

            Respectfully submitted,


            /s/ *Kaylan Phillips*
            Kaylan Phillips, Ind. Bar No. 30405-84
            Public Interest Legal Foundation, Inc.
            32 E. Washington St., Ste. 1675
            Indianapolis, IN 46204
            Tel: (317) 203-5599
            kphillips@publicinterestlegal.org